IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FRANKIE MOSLEY,

       Petitioner,

                                 Case No. 2:13-CV-163
  v.                            Judge Sargus
                                 Magistrate Judge King

WARDEN, ROSS CORRECTIONAL
INSTITUTION,

       Respondent.

## ORDER

On April 7, 2014, the United States Magistrate Judge recommended that this action for a writ of habeas corpus under 28 U.S.C. § 2254 be dismissed as without merit. *Report and Recommendation*, ECF 8. Although the parties were advised of their right to object to the recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF 8, is **ADOPTED AND AFFIRMED**. This action is hereby **DISMISSED**.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT**.


    5-1-2014
_____
    Date

                                _____
                                 Edmund A. Sargus, Jr.
                         United States District Judge