AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**FRANKIE MOSLEY,**

        Petitioner,

**JUDGMENT IN A CIVIL CASE**

**v.**

**WARDEN, ROSS**         **CASE NO.  2:13-CV-163**
**CORRECTIONAL INSTITUTION,**     **JUDGE EDMUND A. SARGUS, JR.**
                                            **MAGISTRATE JUDGE NORAH MCCANN KING**

        Respondent.

___     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the ORDER filed May 1, 2014, JUDGMENT is hereby entered DISMISSING this action.**

Date: May 1, 2014                                           JOHN P. HEHMAN, CLERK

                                                             */S/ Andy F. Quisumbing*
                                                             (By) Andy F. Quisumbing
                                                             Courtroom Deputy Clerk